IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTIS LEE RODGERS,

    Plaintiff,                    No. CIV S-05-0805 DFL CMK

    vs.

D. SHARPE, et al.,

    Defendants.

_____/         ORDER

       Plaintiff is a state prisoner who has filed a petition to proceed *in forma pauperis*. Before the court is plaintiff's motion for a temporary restraining order preventing the defendants from destroying or damaging plaintiff's literary works.

       The legal principles applicable to a request for injunctive relief such as a restraining order, are well established. To prevail, the moving party must show either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of hardships tips sharply in the movant's favor. See Coalition for Economic Equity v. Wilson, 122 F.3d 692, 700 (9th Cir. 1997); Oakland Tribune, Inc. v. Chronicle Publ'g Co., 762 F.2d 1374, 1376 (9th Cir. 1985). The two formulations represent two points on a sliding scale with the focal point being the degree of irreparable injury shown. Oakland Tribune, 762 F.2d at 1376. "Under any formulation of the test, plaintiff must

demonstrate that there exists a significant threat of irreparable injury." Id. In the absence of a significant showing of possible irreparable harm, the court need not reach the issue of likelihood of success on the merits. Id.

Here, plaintiff expects this court to order a temporary restraining order on the mere allegation that his manuscript was taken. Plaintiff has not demonstrated he will succeed on the merits or be injured. Plaintiff does not show that serious questions are raised or that he will suffer hardship if the temporary restraining order.

Instead, plaintiff alleges that his manuscript was taken during lock down. Plaintiff also admits he has not exhausted his claims.

Accordingly, IT IS SO ORDERED that plaintiff's motion for a temporary restraining order is DENIED.

DATED:   June 23, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2

```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11         Plaintiff,                  No. CIV
12    vs.
13                                     NOTICE OF SUBMISSION
14         Defendants.                      OF DOCUMENTS
15 _____/
16         Plaintiff hereby submits the following documents in compliance with the court's
17 order filed _____:
18         _____       completed summons form
19         _____       completed USM-285 forms
20         _____       copies of the _____
                                    Complaint/Amended Complaint
21 DATED:
22
23
                                       _____
24                                     Plaintiff
25
26
```