IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTIS LEE RODGERS,

        Plaintiff,                   No. CIV S-05-0805 DFL CMK P

    vs.

D. SHARPE, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the June 24, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's July 5, 2005 ex parte motion for an extension of time is granted; and

        2.  Plaintiff shall file objections to the June 24, 2005 findings and recommendations on or before August 1, 2005.

DATED:  July 15, 2005.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE