IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTIS LEE RODGERS,

      Plaintiff,                    No. CIV S-05-0805 DFL CMK P

   vs.

D. SHARPE, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has filed his second request for an extension of time to file objections to the June 24, 2005 findings and recommendations. Good cause appearing, the request will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's July 25, 2005 second request for an extension of time is granted; and

      2. Plaintiff shall file objections to the June 24, 2005 findings and recommendations on or before August 30, 2005.

DATED: August 3, 2005.

                                                                   *Craig M. Kellison*
                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26