IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTIS LEE RODGERS,

        Plaintiff,                    No. CIV S-05-0805 DFL CMK P

    vs.

D. SHARPE, et al.,

        Defendants.            <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 22, 2005.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE